IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:21-cv-248

| | |
|---|---|
| RAVI V. PATEL,<br><br>    PLAINTIFF,<br><br>V.<br><br>SHERIFF STEVE WHISENANT,<br>SHERIFF OF BURKE COUNTY,<br>NORTH CAROLINA, BURKE<br>COUNTY SHERIFF'S OFFICE,<br><br>    DEFENDANT. | **CONSENT MOTION FOR<br>PROTECTIVE ORDER** |

   The Parties hereby move for entry of an Order authorizing disclosure of Burke County personnel files, pursuant to N.C.G.S. § 153A-98(c) and the inherent powers of this Court. This Motion is based upon the Court file, the accompanying brief, and upon such additional evidence which may be presented at or before any hearing which may be set by the Court.

   WHEREFORE, the Parties respectfully move for entry of the proposed Consent Protective Order submitted herewith.

1

This the 4th day of April 2022.

**WOMBLE BOND DICKINSON (US) LLP**

s/ Sean Perrin
Sean F. Perrin (NCSB No. 22253)
Keisha Murray (NCSB No. 56249)
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
E-mail: Sean.Perrin@wbd-us.com
E-mail: Keisha.Murray@wbd-us.com
*Attorneys for Defendant*


**FERGUSON CHAMBERS & SUMPTER, P.A.**

s/ Geraldine Sumter
Geraldine Sumter (NCSB No. 11107)
309 East Morehead Street, Suite 110
Charlotte, NC 28202
E-mail: gsumpter@fergusonsumpter.com
*Attorney for Plaintiff*

2