UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:21-CV-248

| | |
|---|---|
| RAVI PATEL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR PROTECTIVE ORDER** |
| ) | |
| SHERIFF STEVE WHISENANT ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Parties and the North Carolina State Bureau of Investigation ("SBI"), move this Honorable Court for the entry of the attached Protective Order pursuant to N.C.G.S. § 132-1.4 (a) and the inherent powers of the Court, allowing the SBI to release the SBI File 2021-00353 into the investigation of an alleged assault committed by Plaintiff while employed with the Burke County Sheriff's Office.

This Motion is based upon the Court file, the accompanying brief, and upon such additional evidence which may be presented at or before any hearing which may be set by the Court.

This the 20th day of July, 2022.

s/ Angel E. Gray
Legal Counsel for the North Carolina State Bureau of Investigation
Post Office Box 2950
Raleigh, North Carolina 27626
agray@ncsbi.gov
*North Carolina State Bureau of Investigation*


*/s/Geraldine Sumter*
Geraldine Sumter
Attorney for Plaintiff


*/s/Sean Perrin*
Sean Perrin
Attorney for Defendant